# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD EPPERSON, SR., | |
| Plaintiff, | Case No.  2:12-cv-02173-MMD-GWF |
| vs. | **ORDER** |
| HENDERSON DETENTION CENTER, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Epperson's filing of Exhibit A to his Motion/Application for Leave to Proceed In Forma Pauperis (#3) filed January 9, 2013, which includes personal identifiers.  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall seal Exhibit A (#3).

**IT IS FURTHER ORDERED** that the Clerk of the Court, to protect Plaintiff's personal identifiers, shall refile Exhibit A with Plaintiff's personal identifiers redacted.

DATED this 10th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge